EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## (Roanoke Division)

| | | |
|---|---|---|
| **Ebony Jones** | * | |
|     **Plaintiff** | * | |
| v. | * | Case No.: 22-cv-00485-TTC |
| **Harvest Roanoke, LLC, et al.** | * | |
|     **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*

## ACCEPTANCE OF DEFENDANTS' *AMENDED* OFFER OF JUDGMENT

The parties, through their respective counsel, hereby notify the Court that Plaintiff Ebony Jones, by her undersigned counsel, hereby gives written notice of her acceptance of the attached Rule 68 *Amended* Offer of Judgment issued by Defendants.

1. Plaintiff Ebony Jones accepts Defendants' *Amended* Offer of Judgment dated September 19, 2022 in the total amount of $22,076.00, as well as the other terms set forth in Defendants' Offer of Judgment;

2. A copy of Defendant's Rule 68 *Amended* Offer of Judgment is attached hereto as Exhibit 1.

**WHEREFORE**, the Parties request:

a. That the Court approve the agreed-to *Amended* Offer of Judgment in this Fair Labor Standards Act (FLSA) case, thereby approving this Judgment and the resolution of this FLSA case and releasing the Defendants from all liability to Plaintiff and otherwise dismissing this case with prejudice.

**EXHIBIT A**

**WHEREFORE**, the Plaintiff requests:

a. That the Court enter Judgment in this matter against Defendants in the amounts offered to Plaintiff by Defendants; and

b. A Proposed Order of Judgment is attached hereto.

c. Grant attorneys' fees and costs to Plaintiff Ebony Jones, in amounts to be determined by the Court.

Respectfully submitted,

By: \_\_\_/s/_____
Zev H. Antell (VSB No. 74634)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
zev.antell@butlercurwood.com

By: \_\_\_/s/_____
Brittany M. Haddox (VSB No. 86416)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
brittany@strelkalaw.com

*Counsel for Plaintiffs*

/s/ Howard B. Hoffman
Howard B. Hoffman (VSB No. 88694)
Hoffman Employment Law, LLC
600 Jefferson Plaza, Ste. 204
Rockville, Maryland 20852
hhoffman@hoholaw.com

*Attorney for Defendants*

**EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this  21st   day of  September          , 2022, a copy of the foregoing Notice of Acceptance, along with all Exhibits and other attachments, was filed via the Electronic Case Filing System (ECF) maintained by the U.S. District Court for the Western District of Virginia (Roanoke), and is available for viewing and downloading from the ECF system.

_____/s/_____
_____